**EISENBERG, GOLD & AGRAWAL, P.C.**
By: William E. Craig, Esquire
1040 North Kings Highway, Suite 200
Cherry Hill, New Jersey 08034
(856) 330-6200
Attorneys for Secured Creditor
File No. PB-1020-C

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| In Re: | Chapter 13 |
|---|---|
| | Case No. 24-22030 |
| | Judge: Hon. Christine M. Gravelle |
| **Michael L. Diehl** | |
| | Hearing Date: **August 13, 2025 at 09:00 a.m.** |
| Debtor(s). | Objection deadline: **August 6, 2025** |

### NOTICE OF MOTION FOR ALLOWANCE OF LATE FILED CLAIM

**TO:**

**Michael L. Diehl**
**19 Rosemary Drive**
**Hazlet, NJ 07730**

**Warren Brumel, Esquire**
**Law Office of Warren Brumel**
**65 Main Street**
**PO Box 181**
**Keyport, NJ 07735**

**Albert Russo**
**Standing Chapter 13 Trustee**
**CN 4853**
**Trenton, NJ 08650-4853**

Secured creditor, Performance Finance has filed papers with the Court for an Order allowing a late filed Proof Of Claim.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant relief from the automatic stay, or if you want the Court to consider your views on the motion, then on or before **August 6, 2025**, you or your attorney must:

File with the Court a written request for a hearing or, if the court requires a written response, an answer, explaining your position at:

United States Bankruptcy Court, District of New Jersey
402 East State Street
Trenton, NJ 08608

If you mail your response to the court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

**EISENBERG, GOLD & AGRAWAL, P.C.**
Attn: William E. Craig, Esquire
1040 North Kings Highway, Suite 200
Cherry Hill, New Jersey 08034

**Attend the hearing scheduled to be held on <u>August 13, 2025 at 9:00 a.m.</u> in Courtroom <u>#3,</u> United Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, NJ 08608**.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

        **EISENBERG, GOLD & AGRAWAL, P.C.**
        Attorneys for Creditor

        /s/ William E. Craig
        William E. Craig, Esquire

Dated: 7/16/25