| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Eisenberg Gold & Agrawal, P.C.<br>1040 Kings Highway North #200<br>Cherry Hill, NJ 08034 (856) 330-6200<br>Attorney for : Performance Finance<br>Our File No.: PB-1020-C | <br><br>**Order Filed on August 13, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |

In Re:

Michael L. Diehl

| | |
|---|---|
| Case No.: | 24-22030 |
| Hearing Date: | 8/13/25 |
| Judge: | CMG |
| Chapter: | 13 |

Recommended Local Form   ☐ Followed   ☒ Modified

### ORDER GRANTING MOTION TO ALLOW LATE CLAIM

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 13, 2025**

*/s/ Christine M. Gravelle*

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Upon the motion of Performance Fianance, under Federal Rule Of Bankruptcy Procedure 9006(B)(1) as hereinafter set forth, and for cause shown, it is

ORDERED that:

The motion is GRANTED.

Performance Finance is hereby permitted to file a proof of claim after the claims bar date and proof of claim filed by Performance Finance is deemed timely filed and allowed.

This Order is without prejudice to the rights of any party in interest to object to the allowance of the claim on any basis other than timeliness.

The Chapter 13 Trustee is authorized to disburse payments to Performance Finance in accordance with the claim and the confirmed Chapter 13 plan.